**WHITEWOOD LAW PLLC**
SHENGMAO MU (SBN 327076)
mousamuel@whitewoodlaw.com
57 West 57th Street,
3rd and 4th Floors,
New York, NY, 10019
Tel: 917.858.8018
Fax: 917.591.0618

Attorney for Defendant
JIE M GUAN INC. D/B/A BOILING SEAFOOD RESTAURANT

# UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| BOILING CRAB FRANCHISE CO., LLC, | Case No.: 2:19-cv-01787-JAM-CKD |
| Plaintiff, | |
| v. | **DEFENDANT JIE M GUAN INC.'S MOTION FOR EXTENSION OF TIME** |
| JIE M GUAN INC. D/B/A BOILING SEAFOOD RESTAURANT; AND BOILING SEAFOOD CORPORATION D/B/A BOILING SEAFOOD RESTAURANT, | |
| Defendants. | |

DEFENDANT JIE M GUAN INC.'S MOTION FOR EXTENSION OF TIME - 1

Dear Hon Judge Mendez and Hon Judge Delaney,

Defendant JIE M GUAN INC., ("JMG"), pursuant to Federal Rule of Civil Procedure 6(c), hereby moves for an extension of time for JMG to move, plead or otherwise respond to Plaintiff's Complaint, in light of the unfavorable circumstances to JMG with regard to the service of process.

JIE M GUAN, owner and registered agent for JIE M GUAN INC., operates Boiling Seafood Restaurant. Mr. Guan was a very busy person and often went out of town to purchase cooking ingredients for the business.

On or about November 10th, 2019, Plaintiff's process server appeared at the location of the restaurant, 1665 N. Beale Rd., Marysville, CA, and left the Service of Process on the cashier's desk in the restaurant, without Mr. Guan's presence.

In the Proof of Service, Plaintiff's process server alleged that the summons were mailed to 1665 N. Beale Rd., Marysville, CA 95901, the physical location of the restaurant, and to 10336 Christo Way, Elk Grove, CA 95757, where Mr. Guan resides. However, neither mailed summons gave proper and timely notice to Mr. Guan because Mr. Guan received many junk mails and was unaware of the summons until two days ago.

On November 26th, 2019, Defendant's attorney Shengmao Mu asked Plaintiff's counsel Steven Klein for an extension of time but Mr. Klein refused.

Because Defendant JMG was not properly notified and because Plaintiff will not be unfairly prejudiced, Defendant JMG respectfully requests to have an extension

until December 16th, 2019, to move, plead or otherwise respond to Plaintiff's Complaint.

A proposed Order granting this motion is attached hereto as Text of Proposed Order.

I thank this Court for its time on this matter.

Respectfully submitted,

November 27th, 2019.   By: /s/Shengmao Mu
SHENGMAO MU
Attorney for Defendant
JIE M GUAN INC. D/B/A BOILING SEAFOOD RESTAURANT

**WHITEWOOD LAW PLLC**
SHENGMAO MU (SBN 327076)
mousamuel@whitewoodlaw.com
57 West 57th Street,
3rd and 4th Floors,
New York, NY, 10019
Tel: 917.858.8018
Fax: 917.591.0618

DEFENDANT JIE M GUAN INC.'S MOTION FOR EXTENSION OF TIME - 3