JOHN D. FREED (CA State Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: jakefreed@dwt.com

STEVEN E. KLEIN (OR State Bar No. 051165)
(*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
Email: stevenklein@dwt.com

Attorneys for Plaintiff
BOILING CRAB FRANCHISE CO., LLC

IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOILING CRAB FRANCHISE CO., LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>JIE M GUAN INC. D/B/A BOILING SEAFOOD RESTAURANT; and BOILING SEAFOOD CORPORATION D/B/A BOILING SEAFOOD RESTAURANT,<br><br>  Defendants. | Case No. 19-cv-01787-JAM-CKD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BOILING SEAFOOD CORP. TO RESPOND TO COMPLAINT**<br><br>**[Civ. L.R. 144(a)]**<br><br>**Action Filed September 9, 2019** |

---

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT – CIV. L.R. 144(A)

WHEREAS, on September 9, 2019, Plaintiff Boiling Crab Franchise Co., LLC ("Boiling Crab") commenced this action;

WHEREAS, on October 16, 2019, Boiling Crab filed a First Amended Complaint;

WHEREAS, Boiling Crab served Defendant Boiling Seafood Corporation ("BSC") with the First Amended Complaint and Summons by personal service on October 28, 2019;

WHEREAS, BSC's response to the Complaint is currently due on November 18, 2019; and

WHEREAS, BSC requires additional time to retain counsel and investigate the allegations in the Complaint before filing a responsive pleading.

NOW THEREFORE, Boiling Crab and BSC HEREBY STIPULATE AND AGREE AS FOLLOWS, subject to the Court's approval:

The deadline for BSC to answer, move, or otherwise respond to Boiling Crab's Complaint shall be extended up to and including December 18, 2019.

IT IS SO STIPULATED.

DATED December 17, 2019                    DAVIS WRIGHT TREMAINE LLP
                                           John D. Freed


                                           By: /s/ John D. Freed
                                               John D. Freed

                                           Attorneys for Plaintiff
                                           BOILING CRAB FRANCHISE CO., LLC

BOILING SEAFOOD CORPORATION

By: _____
Thahn Chi Lam
Representative of
Boiling Seafood Corporation

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT – CIV. L.R. 144(A)