JOHN D. FREED (CA State Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: jakefreed@dwt.com

STEVEN E. KLEIN (OR State Bar No. 051165)
(*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
Email: stevenklein@dwt.com

Attorneys for Plaintiff
BOILING CRAB FRANCHISE CO., LLC

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BOILING CRAB FRANCHISE CO., LLC,<br><br>Plaintiff,<br><br>v.<br><br>JIE M GUAN INC. D/B/A BOILING SEAFOOD RESTAURANT; and BOILING SEAFOOD CORPORATION D/B/A BOILING SEAFOOD RESTAURANT,<br><br>Defendants. | Case No.: 2:19-cv-01787-JAM-CKD<br><br>**ORDER** |

**ORDER**

Presently before the Court is a stipulation between Plaintiff and Defendant Boiling Seafood Corporation ("BSC") to extend the time for BSC to answer, move, or otherwise respond to Plaintiff's complaint up to and including December 18, 2019.

Good cause appearing therefor, the Court GRANTS the stipulation, as follows: BSC shall answer, move, or otherwise respond to Plaintiff's complaint on or before December 18, 2019.

IT IS SO ORDERED.          /s/ John A. Mendez____

                           Hon. John A. Mendez

                           Date: 12/17/2019