Mark R. Mittelman (SBN 96598)
LAW OFFICES OF MARK R. MITTELMAN
A Professional Corporation
575 Lennon Lane, Suite 150
Walnut Creek, California 94598
Telephone: (925) 256-0677
Facsimile: (925) 256-0679

Attorneys for Defendant
Boiling Seafood Corporation dba Boiling Seafood

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| BOILING CRAB FRANCHISE CO., LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>JIE M GUAN INC. D/B/A BOILING SEAFOOD RESTAURANT; AND BOILING SEAFOOD CORPORATION DBA BOILING SEAFOOD RESTAURANT,<br><br>   Defendants. | Case No. 2:19-cv-01787-JAM-CKD<br><br>**DEFENDANT BOILING SEAFOOD CORPORATION DBA BOILING SEAFOOD ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Except as expressly admitted or qualified below, Defendant BOILING SEAFOOD CORPORATION dba BOILING SEAFOOD, denies each and every allegation of the First Amended Complaint. As for an answer to the First Amended Complaint of BOILING CRAB FRANCHISE COMPANY, LLC, Defendant BOILING SEAFOOD CORPORATION dba BOILING SEAFOOD RESTAURANT answers as follows.

1.  In answer to the allegations contained in paragraph 1, defendant herein admits the allegations contained in said paragraph except defendant is without information and belief that BOILING CRAB has used the trademark at least as early as 2003, and therefore denies said allegation.

2.  In answer to the allegations contained in paragraph 2, defendant admits said

allegations.

3. In answer to the allegations contained in paragraph 3, defendant herein admits that BOILING SEAFOOD CORPORATION dba BOILING SEAFOOD RESTAURANT was a corporation organized under the laws of the State of California with an address of 1665 N. Beale Road, Marysville, CA 95901 and further admits that defendant BOILING SEAFOOD CORPORATION was formed by Thanh G. Lam, an individual and resident of California who was a shareholder, director and CEO of defendant BOILING SEAFOOD CORPORATION, and further admits that said defendant is a dissolved corporation. Defendant herein denies the remaining allegations in paragraph 3.

4. In answer to the allegations contained in paragraph 4, defendant admits said allegations.

5. In answer to the allegations contained in paragraph 5, defendant herein admits that venue is proper. Defendant denies the remaining allegations in paragraph 5.

6. In answer to the allegations contained in paragraph 6, this answering defendant lacks sufficient information to admit or deny said allegations and on the basis of such lack of information and belief, denies the allegations contained therein.

7. In answer to the allegations contained in paragraph 7, this answering defendant lacks sufficient information to admit or deny said allegations and on the basis of such lack of information and belief, denies the allegations contained therein.

8. In answer to the allegations contained in paragraph 8, this answering defendant lacks sufficient information to admit or deny said allegations and on the basis of such lack of information and belief, denies the allegations contained therein.

9. In answer to the allegations contained in paragraph 9, this answering defendant lacks sufficient information to admit or deny said allegations and on the basis of such lack of information and belief, denies the allegations contained therein.

10. In answer to the allegations contained in paragraph 10, this answering defendant lacks sufficient information to admit or deny said allegations and on the basis of such lack of information and belief, denies the allegations contained therein.

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
575 LENNON LANE
SUITE 150
WALNUT CREEK, CA 94598
Phone (925) 256-0677
FAX (925) 256-0679

11. In answer to the allegations contained in paragraph 11, this answering defendant lacks sufficient information to admit or deny said allegations and on the basis of such lack of information and belief, denies the allegations contained therein.

12. In answer to the allegations contained in paragraph 12, this answering defendant lacks sufficient information to admit or deny said allegations and on the basis of such lack of information and belief, denies the allegations contained therein.

13. In answer to the allegations contained in paragraph 13, this answering defendant lacks sufficient information to admit or deny said allegations and on the basis of such lack of information and belief, denies the allegations contained therein.

14. In answer to the allegations contained in paragraph 14, this answering defendant lacks sufficient information to admit or deny said allegations and on the basis of such lack of information and belief, denies the allegations contained therein.

15. In answer to the allegations contained in paragraph 15, defendant admits said allegations.

16. In answer to the allegations contained in paragraph 16, the allegation therein asserts a legal conclusion that does not require a response, otherwise this answering defendant lacks sufficient information to admit or deny said allegations and on the basis of such lack of information and belief denies the allegations contained therein.

17. In answer to the allegations contained in paragraph 17, the allegation therein asserts a legal conclusion that does not require a response, otherwise this answering defendant lacks sufficient information to admit or deny said allegations and on the basis of such lack of information and belief denies the allegations contained therein.

18. In answer to the allegations contained in paragraph 18, defendant herein denies said allegations.

19. In answer to the allegations contained in paragraph 19, defendant admits that it opened and began operating a restaurant in Marysville, CA and that it sold its interest in or about October 2018. Defendant denies that it thereafter began participating in and/or directing the management and operation of the restaurant under the same name, trade dress and concept, either on its own and/or in

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
575 LENNON LANE
SUITE 150
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX: (925) 256-0679

participation and concert with any other defendant. In answer to the remaining allegations, defendant denies same.

20. In answer to the allegations contained in paragraph 20, defendant denies said allegations.

21. In answer to the allegations contained in paragraph 21, this answering defendant admits that it used the logos in Exhibit F. Except as admitted, defendant denies the remaining allegations.

22. In answer to the allegations contained in paragraph 22, defendant admits that it used a menu similar to Exhibit G. Except as admitted, defendant denies the remaining allegations.

23. In answer to the allegations contained in paragraph 23, the allegation therein asserts a legal conclusion that does not require a response, otherwise this answering defendant lacks sufficient information to admit or deny said allegations and on the basis of such lack of information and belief denies the allegations contained therein.

24. In answer to the allegations contained in paragraph 24, defendant admits the domain name as shown in Exhibit F. Except as admitted, defendant denies the remaining allegations.

25. In answer to the allegations contained in paragraph 25, this answering defendant denies the allegations contained therein.

26. In answer to the allegations contained in paragraph 26, defendant denies for itself the allegations contained therein as defendant herein did not own the restaurant. In answer to the remaining allegations, this answering defendant lacks sufficient information to admit or deny said allegations and on the basis of such lack of information and belief denies the remaining allegations contained therein.

27. In answer to the allegations contained in paragraph 27, as to defendant herein, defendant denies the allegations. As to any remaining allegations, this answering defendant lacks sufficient information to admit or deny said allegations and on the basis of such lack of information and belief denies the remaining allegations contained therein.

28. In answer to the allegations contained in paragraph 28, defendant denies the allegations.

-4-

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
575 LENNON LANE
SUITE 150
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX (925) 256-0679

DEFENDANT BOILING SEAFOOD CORPORATION DBA BOILING SEAFOOD ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

29. In answer to the allegations contained in paragraph 29, this answering defendant incorporates by reference as though fully set forth herein its responses to paragraphs 1-28.

30. In answer to the allegations contained in paragraph 30, said allegations assert a legal conclusion that does not require a response. Defendant denies the remaining allegations.

31. In answer to the allegations contained in paragraph 31, this answering defendant denies the allegations contained therein.

32. In answer to the allegations contained in paragraph 32, this answering defendant denies the allegations contained therein.

33. In answer to the allegations contained in paragraph 33, this answering defendant denies the allegations contained therein.

34. In answer to the allegations contained in paragraph 34, defendant herein denies said allegations.

35. In answer to the allegations contained in paragraph 35, defendant herein denies said allegations.

36. In answer to the allegations contained in paragraph 36, defendant herein denies said allegations.

37. In answer to the allegations contained in paragraph 37, defendant herein denies said allegations.

38. In answer to the allegations contained in paragraph 38, defendant herein denies said allegations.

39. In answer to the allegations contained in paragraph 39, defendant herein denies said allegations.

40. In answer to the allegations contained in paragraph 40, this answering defendant incorporates by reference as though fully set forth herein its responses to paragraphs 1-39.

41. In answer to the allegations contained in paragraph 41, this answering defendant admits that plaintiff is asserting said claims. Except as admitting, defendant denies the allegations.

42. In answer to the allegations contained in paragraph 42, this answering defendant denies the allegations contained therein.

43. In answer to the allegations contained in paragraph 43, this answering defendant denies the allegations contained therein.

44. In answer to the allegations contained in paragraph 44, this answering defendant denies the allegations contained therein.

45. In answer to the allegations contained in paragraph 45, this answering defendant denies the allegations contained therein.

46. In answer to the allegations contained in paragraph 46, this answering defendant denies the allegations contained therein.

47. In answer to the allegations contained in paragraph 47, this answering defendant denies the allegations contained therein.

48. In answer to the allegations contained in paragraph 48, this answering defendant denies the allegations contained therein.

49. In answer to the allegations contained in paragraph 49, this answering defendant incorporates by reference as though fully set forth herein its responses to paragraphs 1-48.

50. In answer to the allegations contained in paragraph 50, this answering defendant denies the allegations contained therein.

51. In answer to the allegations contained in paragraph 51, this answering defendant denies the allegations contained therein.

Prayer for Relief – In answer to the allegations in plaintiff's prayer for relief, defendant admits that plaintiff seeks said relief but denies that plaintiff is entitled to said relief.

Demand for Jury Trial – Defendant admits that plaintiff demands a trial by jury.

## **AFFIRMATIVE DEFENSES**

AS AND FOR A FIRST SEPARATE AND DISTINCT DEFENSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, this answering defendant alleges that the First Amended Complaint, and each cause of action thereof, fails to state facts sufficient to constitute a cause of action against this answering defendant.

DEFENDANT BOILING SEAFOOD CORPORATION DBA BOILING SEAFOOD ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

AS AND FOR A SECOND SEPARATE AND DISTINCT DEFENSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, that, on information and belief, plaintiff's alleged damages, if any there were, were aggravated by plaintiff's failure to use reasonable diligence to mitigate them.

AS AND FOR A THIRD SEPARATE AND DISTINCT DEFENSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, that the action filed in this case is not maintainable under the doctrine of laches.

AS AND FOR A FOURTH SEPARATE AND DISTINCT DEFENSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, that the action and all causes of action are barred by the applicable statute of limitations.

AS AND FOR A FIFTH SEPARATE AND DISTINCT DEFENSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, that the co-defendants, and each of them, named and unnamed in the complaint, were guilty of negligence, or other acts or omissions in the matters set forth in the complaint, which proximately caused or contributed to the damages of loss complained of, if any, and that the Court is requested to determine and allocate the percentage of negligence attributable to each of the co-defendants.

AS AND FOR A SIXTH SEPARATE AND DISTINCT DEFENSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, that the Complaint, and each cause of action thereof, fails to state facts sufficient to constitute an award of prejudgment interest against this answering defendant.

AS AND FOR A SEVENTH SEPARATE AND DISTINCT DEFENSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, that the Complaint, and each cause of action thereof, fails to state facts sufficient to constitute an award of attorneys' fees against this answering defendant.

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
575 LENNON LANE
SUITE 150
WALNUT CREEK, CA 94598
Phone: (925) 256-0677
FAX: (925) 256-0679

-7-

DEFENDANT BOILING SEAFOOD CORPORATION DBA BOILING SEAFOOD ANSWER TO PLAINTIFF'S
FIRST AMENDED COMPLAINT

AS AND FOR AN EIGHTH SEPARATE AND DISTINCT DEFENSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, that it acted in a good faith belief in the propriety of its actions.

AS AND FOR A NINTH SEPARATE AND DISTINCT DEFENSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, that said damages sustained by plaintiff was either wholly, or in part, negligently caused by persons, firms, corporations or entities other than this answering defendant, and said negligence comparatively reduces the percentage of negligence, if any, by this answering defendant.

AS AND FOR A TENTH SEPARATE AND DISTINCT DEFENSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, use of the name "Boiling Seafood Restaurant" constitute fair use and is descriptive of the type of food served.

AS AND FOR AN ELEVENTH SEPARATE AND DISTINCT DEFENSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, use of the term "boiling" is generic and incapable of trademark protection.

AS AND FOR A TWELFTH SEPARATE AND DISTINCT DEFENSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, the terms "boiling crab" is generic and incapable of trademark protection, is fair use and descriptive of the type of food served.

AS AND FOR A THIRTEENTH SEPARATE AND DISTINCT DEFENSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, defendant's use of its mark is not likely to cause confusion, mistake or deceive the public.

AS AND FOR A FOURTEENTH SEPARATE AND DISTINCT DEFENSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, plaintiff's descriptive mark has no secondary meaning.

LAW OFFICES OF
MARK R. MITTELMAN
A Professional Corporation
575 LENNON LANE
SUITE 150
WALNUT CREEK, CA 94598
Phone (925) 256-0677
FAX (925) 256-0679

-8-
DEFENDANT BOILING SEAFOOD CORPORATION DBA BOILING SEAFOOD ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

WHEREFORE, this answering defendant prays for judgment as follows:

1. That plaintiff take nothing by way of its First Amended Complaint on file herein;

2. For cost of suit incurred herein;

3. For reasonable attorneys' fees; and

4. For such other and further relief as the Court may deem just and proper.

Dated: December 18, 2019                    By: */s/ Mark R. Mittelman*
                                            Mark R. Mittelman
                                            LAW OFFICES OF MARK R. MITTELMAN
                                            575 Lennon Lane, Suite 150
                                            Walnut Creek, CA 94598
                                            Tel: (925) 256-0677
                                            Fax: (925) 256-0679
                                            Email: mmittelman@mittellaw.com
                                            Attorney for Defendant
                                            Boiling Seafood Corporation dba Boiling Seafood

DEFENDANT BOILING SEAFOOD CORPORATION DBA BOILING SEAFOOD ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT