| 1 | JOHN D. FREED (CA State Bar No. 261518)
DAVIS WRIGHT TREMAINE LLP
| 2 | 505 Montgomery Street, Suite 800
San Francisco, California 94111
| 3 | Telephone: (415) 276-6500
Facsimile: (415) 276-6599
| 4 | Email: jakefreed@dwt.com

STEVEN E. KLEIN (*pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
Email: stevenklein@dwt.com

Attorneys for Plaintiff
BOILING CRAB FRANCHISE CO., LLC

SHENGMAO MU (CA State Bar No. 327076)
WHITEWOOD LAW PLLC
57 West, 57th St, 3rd & 4th Floor
New York, NY 10019
Telephone: 917-858-8018
Fax: 917-591-0618
Email: mousamuel@whitewoodlaw.com

Attorneys for Defendant
JIE M GUAN INC. D/B/A BOILING SEAFOOD RESTAURANT

MARK R. MITTELMAN (CA State Bar No. 96598)
LAW OFFICES OF MARK R. MITTELMAN, P.C.
575 Lennon Lane, Suite 150
Walnut Creek, CA 94598
Telephone: 925-256-0677
Fax: 925-256-0679
Email: mmittelman@mittellaw.com

Attorneys for Defendant
BOILING SEAFOOD CORPORATION D/B/A BOILING SEAFOOD RESTAURANT

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BOILING CRAB FRANCHISE CO., LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>JIE M GUAN INC. D/B/A BOILING SEAFOOD RESTAURANT; and BOILING SEAFOOD CORPORATION D/B/A BOILING SEAFOOD RESTAURANT,<br><br>        Defendants. | Case No.: 2:19-cv-01787-JAM-CKD<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

DATED April 6, 2020

DAVIS WRIGHT TREMAINE LLP

By:   /s Steven E. Klein/
       Steven E. Klein

Attorneys for Plaintiff
BOILING CRAB FRANCHISE CO, LLC

| | |
|---|---|
| WHITEWOOD LAW PLLC | LAW OFFICES OF MARK R. MITTELMAN, P.C. |
| By:   /s Shengmao Mu/*<br>       Shengmao Mu | By:   /s Mark R. Mittelman/*<br>       Mark R. Mittelman |
| Attorneys for Defendant<br>JIE M GUAN, INC. | Attorneys for Defendant<br>BOILING SEAFOOD CORP. |

*signed with consent

IT IS HEREBY ORDERED that the entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

ENTERED this 6th day of April, 2020.

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge